# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 7 |
| CHERYL RENAE THUNBERG, | |
| Debtor. | Bankruptcy Case No.:  24-41677 |
| CHERYL RENAE THUNBERG, | |
| Plaintiff, | Adversary Case No.: 25-04072 |
| vs. | |
| ZUNTAFI CORP, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

On May 29, 2025, I caused a copy of Plaintiffs' Complaint and Summons in an Adversary

Proceeding to be mailed via United States Certified Mail with return receipt requested with postage fully

paid to:

**ZuntaFi Corp**
**5098 Washington St W Ste. 407**
**Charleston, WV, 25313**
*Defendant*
**Certified Mail #: 9589 0710 5270 2965 0400 36**

**ZuntaFi Corp**
**c/o Rollyn H. Samp**
**PO Box 495**
**Sioux Falls, SD 57101**
*Defendant*
**Certified Mail #: 9589 0710 5270 2965 0400 12**

**ZuntaFi Corp**
**2101 W 41st St Ste. 2000**
**Sioux Falls, SD 57105-6193**
*Defendant*
**Certified Mail #: 9589 0710 5270 2965 0400 29**

**ZuntaFi Corp**
**c/o CEO Dawn Imrie**
**105 First Ave. SW**
**Aberdeen, SD 57401**
*Defendant*
**Certified Mail #: 9589 0710 5270 2965 0404 49**

Return Receipts attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Dated:       7/17/2025


By: */s/ Telina Thurman*
        Telina Thurman

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ZuntaFi Corp
5098 Washington St., W
Ste. 407
Charleston, WV 25313

||||||||||||||||||||||||||||||||||||
9590 9402 8677 3310 9907 64

2. Article Number *(Transfer from service label)*

589 0710 5270 2965 0400 36

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X U.  ☑ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
N. Mushu    6/3/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2020 PSN 7530-02-000-9053    INT Thunbera    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ZuntaFi Corp
c/o Rollyn H. Samp
PO Box 495
Sioux Falls, SD 57101

9590 9402 8677 3310 9907 88

2. Article Number *(Transfer from service label)*

589 0710 5270 2965 0400 12

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tacu R Henun_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  S Henner   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $5)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ZuntaFi Corp
2101 W. 41st St., Ste. 2000
Sioux Falls, SD 57105

9590 9402 8677 3310 9907 71

2. Article Number *(Transfer from service label)*

589 0710 5270 2965 0400 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _K Durrese_    ☐ Agent    ☒ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

6-5-25

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2020 PSN 7530-02-000-9053    TNT Thunberg    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ZuntaFi Corp
Attn: CEO Dawn Imrie
105 First Ave. SW
Aberdeen, SD 57401

9590 9402 8677 3310 9907 95

9589 0710 5270 2965 0404 49

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
KRISTY ROBERTSON    6/4

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

