# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| | |
|---|---|
| In Re:<br><br>CHERYL RENAE THUNBERG,<br><br>Debtor.<br><br>CHERYL RENAE THUNBERG,<br><br>Plaintiff,<br><br>vs.<br><br>ZUNTAFI CORP,<br><br>Defendants. | In Proceedings Under Chapter 7<br><br>Bankruptcy Case No.: 24-41677<br><br>Adversary Case No.: 25-04072<br><br>**APPLICATION FOR ENTRY OF DEFAULT** |

Plaintiff, Cheryl Renae Thunberg, by and through her attorney of record, requests that the clerk of court enter Default against defendant ZuntaFi Corp, or its successors in interests or assigns, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, plaintiff relies upon the record in this case and the affidavits submitted herewith.

DATED: July 30, 2025

**N**EELEY **L**AW **F**IRM**, PLC**

/s/ Kenneth L. Neeley
Kenneth L. Neeley
NEELEY LAW FIRM PLC
(480) 802-4647
1120 S. Dobson Rd. Ste 230
Chandler, AZ 85286
ecf@neeleylaw.com
*Attorney for Plaintiff*

/s/ Jeffrey Bursell
Jeffrey Bursell
Solvent Law PLLC
P.O. Box 10860
St. Paul, MN 55110
Tel: 651.371.4026
jeff@solventlaw.com
Attorney Reg: MN 0293362
*Co-counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify and attest that I served ZuntaFi Corp this Application for Entry of Default and Affidavit in Support of Application for Entry of Default on July 30, 2025. Service was effectuated by U.S. Mail at:

ZuntaFi Corp
c/o Rollyn H. Samp
PO Box 495
Sioux Falls, SD 57101

ZuntaFi Corp
c/o CEO Dawn Imrie
105 First Ave SW
Aberdeen, SD 57401

ZuntaFi Corp
5098 Washington St. W Ste. 407
Charleston, WV 25313

ZuntaFi Corp
2101 W. 41st St., Ste. 2000
Sioux Falls, SD 57105-6193

**Neeley Law Firm, PLC**

*/s/ Kenneth L. Neeley*
Kenneth L. Neeley

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| | |
|---|---|
| In Re:<br>CHERYL RENAE THUNBERG,<br>　　　　Debtor. | In Proceedings Under Chapter 7<br><br>Bankruptcy Case No.: 24-41677 |
| CHERYL RENAE THUNBERG,<br>　　　　Plaintiff,<br>vs.<br>ZUNTAFI CORP,<br>　　　　Defendants. | Adversary Case No.: 25-04072 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

I, Kenneth L. Neeley, being duly sworn, state as follows:

1. I am the attorney for Plaintiff in above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The complaint was filed on May 27, 2025. Dkt. No. 1.

3. The summons was issued on May 27, 2025. Dkt. No. 2.

4. ZuntaFi Corp ("ZuntaFi") was served with a copy of the Summons and Complaint on May 29, 2025, by certified mail, as reflected in the Certificate of Service filed on July 17, 2025. Dkt. No. 5.

5. Pursuant to FRBP 7004(b)(3), the CEO of ZuntaFi was served at:

    ZuntaFi Corp
    c/o CEO Dawn Imrie
    105 First Ave SW
    Aberdeen, SD 57401

6. Additionally, to ensure ZuntaFi was aware of the complaint, the statutory agent of ZuntaFi was served at:

ZuntaFi Corp
c/o Rollyn H. Samp
PO Box 495
Sioux Falls, SD 57101

7. An answer to the Complaint was due on or before June 26, 2025, in accordance with the Summons issued by the court.

8. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

9. Defendant is not in military service.

10. Plaintiff requests that the clerk of court enter default against the Defendant.

State of Arizona )

) ss:

Maricopa County )

Kenneth L. Neeley, being first duly sworn on oath according to law, deposes and says that he has read the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT subscribed, that the matters stated herein are true to the best of his information, knowledge and belief.

_____   7/24/25
Kenneth L. Neeley, Affiant             Date

SUBSCRIBED AND SWORN to before me this 24TH day of JULY, 2025.

_Amber Packer_  7/24/25
Notary Public              Date

AMBER PACKER
Notary Public, State of Arizona
Maricopa County
Commission # 622449
My Commission Expires
February 08, 2026

My commission expires  02/08/2026

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| | |
|---|---|
| In Re: <br> CHERYL RENAE THUNBERG, <br> Debtor. | In Proceedings Under Chapter 7 <br><br> Bankruptcy Case No.: 24-41677 |
| CHERYL RENAE THUNBERG, <br> Plaintiff, <br> vs. <br> ZUNTAFI CORP, <br> Defendants. | Adversary Case No.: 25-04072 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Cheryl Renae Thunberg, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action.

2. Plaintiff attests that her past and present financial resources, and her financial resources that she can reasonably rely on in the future create an inability to maintain a minimal standard of living while paying for the student loans.

3. Plaintiff attests that her necessary living expenses are modest and below the IRS national and local standards; where she is unable to maintain a minimal standard of living.

4. Plaintiff attests that her undue hardship entitles her to a discharge of her student loans.

5. Plaintiff requests that the clerk of court enter default against the Defendant.

State of Minnesota )
) ss:
~~Dakota County~~ ) Wright County AM

Cheryl Renae Thunberg, being first duly sworn on oath according to law, deposes and says that she has read the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT subscribed, that the matters stated herein are true to the best of her information, knowledge and belief.

*Cheryl Thunberg*     7-29-25
Cheryl Renae Thunberg, Affiant     Date

SUBSCRIBED AND SWORN to before me this 29 day of July, 2025.

*Ashley Mapes*     7-29-25
Notary Public     Date

My commission expires Jan 31, 2030



ASHLEY M MAPES
Notary Public
Minnesota
My Commission Expires
Jan 31, 2030