# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 7 |
| CHERYL RENAE THUNBERG, | |
| Debtor. | Bankruptcy Case No.: 24-41677 |
| CHERYL RENAE THUNBERG, | |
| Plaintiff, | Adversary Case No.: 25-04072 |
| vs. | |
| ZUNTAFI CORP, | |
| Defendants. | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Cheryl Renae Thunberg, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action.

2. Plaintiff attests that her past and present financial resources, and her financial resources that she can reasonably rely on in the future create an inability to maintain a minimal standard of living while paying for the student loans.

3. Plaintiff attests that her necessary living expenses are modest and below the IRS national and local standards; where she is unable to maintain a minimal standard of living.

4. Plaintiff attests that her undue hardship entitles her to a discharge of her student loans.

5. Plaintiff requests that the clerk of court enter default against the Defendant.

State of Minnesota )

) ss:

~~Dakota County~~ ) Wright County AM

Cheryl Renae Thunberg, being first duly sworn on oath according to law, deposes and says that she has read the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT subscribed, that the matters stated herein are true to the best of her information, knowledge and belief.

_Cheryl Thunberg_  7-29-25
Cheryl Renae Thunberg, Affiant    Date

SUBSCRIBED AND SWORN to before me this 29 day of July, 2025.

_Ashley Mapes_  7-29-25
Notary Public   Date



My commission expires Jan 31, 2030