# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA FOURTH DIVISION (ST. PAUL)

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 7 |
| CHERYL RENAE THUNBERG, | |
| Debtor. | Bankruptcy Case No.: 24-41677 |
| CHERYL RENAE THUNBERG, | |
| Plaintiff, | Adversary Case No.: 25-04072 |
| vs. | |
| ZUNTAFI CORP, | **NOTICE OF HEARING AND BAR** |
| Defendant. | **DATE ON MOTION FOR DEFAULT** |
| | **JUDGMENT** |

**TO: Defendant.**

1. Cheryl Renae Thunberg ("Movant") moves the court for relief pursuant to the Motion for Default Judgment ("Motion") filed at DE 8 and gives notice of a hearing on the Motion.

2. A hearing on the Motion will be held before the Honorable William J. Fisher on:

**DATE:** Tuesday, August 26, 2025

**TIME:** 3:00 p.m.

The hearing will be conducted telephonically. Parties may visit the Public Calendar at https://www.mnb.uscourts.gov/judges-calendars to obtain the Dial-In information 24 hours prior to the hearing.

3. Any response to this motion must be filed and served not later than Tuesday, August 19, 2024, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

1

4. This proceeding is an adversary proceeding under Fed. R. Bankr. P. 7001(6), seeking a determination of dischargability of debt. The proceeding is pending in this court. This court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1.

DATED: August 14, 2025                                           **NEELEY LAW FIRM, PLC**

*/s/ Kenneth L. Neeley*
Kenneth L. Neeley
NEELEY LAW FIRM PLC
(480) 802-4647
1120 S. Dobson Rd. Ste 230
Chandler, AZ 85286
ecf@neeleylaw.com
*Attorney for Plaintiff*

*/s/ Jeffrey Bursell*
Jeffrey Bursell
Solvent Law PLLC
P.O. Box 10860
St. Paul, MN 55110
Tel: 651.371.4026
jeff@solventlaw.com
Attorney Reg: MN 0293362
*Co-counsel for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on August 14, 2025 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing via ECF to the ECF registrants appearing in this case.

COPY mailed via USPS on the same date to:

ZuntaFi Corp
c/o CEO Dawn Imrie
105 First Ave SW
Aberdeen, SD 57401

ZuntaFi Corp
c/o Rollyn H. Samp
PO Box 495
Sioux Falls, SD 57101

By: */s/ Telina Thurman*